1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TODD ANTHONY ANDRADE,

11              Petitioner,                      No. 1:07-CIV-00784 ALA HC

12        vs.

13   JAMES YATES,

14              Respondent.              ORDER

15   _____/

16              On September 12, 2007, Respondent filed a motion to dismiss alleging that

17   Petitioner has failed to exhaust his state court remedies as to his third claim. The court requests

18   Petitioner file a response to Respondent's motion to dismiss prior to the court issuing its ruling.

19              In view of the above, IT IS HEREBY ORDERED that Petitioner file a response to

20   the above captioned filing within 42 days of service.

21   DATED: September 13, 2007

22

23                                      /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
24                                      Sitting by Designation

25

26

                                        1