IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

        Petitioner,                    No. 1:07-CIV-00784 ALA HC

    vs.

JAMES YATES,

        Respondent.           <u>ORDER</u>

_____/

        Respondent has requested an extension of the briefing schedule in order to file a motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Respondent's request for an extension of time is granted; and

        2.  The briefing schedule is modified to allow the filing of a motion to dismiss by September 13, 2007.

DATED: September 13, 2007

                    <u>/s/ Arthur L. Alarcón</u>
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation