IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,                        No. 1:07-CIV-00784 ALA HC

    vs.

JAMES YATES, Warden,

    Respondent.                  <u>ORDER</u>

_____/

    Petitioner Todd Andrade, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's first amended habeas petition.

/////

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file a response to petitioner's November 16, 2007, first amended habeas petition within thirty days from the date of this order. *See* Rule 4, FED. R. GOVERNING § 2254 CASES. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, FED. R. GOVERNING §

1

1 | 2254 CASES;

2 |   2. If the response to the habeas petition is an answer, petitioner's reply, if any,
3 | shall be filed and served within thirty days after service of the answer;

4 |   3. If the response to the habeas petition is a motion, petitioner's opposition or
5 | statement of non-opposition to the motion shall be filed and served within thirty days after
6 | service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
7 | thereafter; and

8 |   4. The Clerk of the Court shall serve a copy of this order together with a copy of
9 | the November 16, 2007, first amended petition for writ of habeas corpus pursuant to 28 U.S.C.
10 | § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

11 | /////

12 | DATED: February 19, 2008

13 |   /s/ Arthur L. Alarcón
  UNITED STATES CIRCUIT JUDGE
14 |   Sitting by Designation