IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,                                          No. 1:07-CIV-00784 ALA HC

vs.

JAMES YATES,

    Respondent.                             <u>ORDER</u>

_____/

       Respondent has requested an enlargement of time to file a responsive brief. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Respondent's March 18, 2008, request for an enlargement of time is granted; and

       2. Respondent shall file a responsive brief on or before April 21, 2008.

/////

DATED: March 20, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation