IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,                  Case No. 1:07-cv-00784 ALA (HC)

    vs.

JAMES YATES,

    Respondent.              **ORDER**

_____/

    Respondent requested an enlargement of time to file a responsive pleading. (doc. 25). Good cause appearing, **IT IS HEREBY ORDERED** that:

    1. Respondent's April 16, 2008, request for an enlargement of time is granted;

    2. Respondent shall file a responsive pleading on or before May 21, 2008; and

    3. The Court will not grant Respondent additional extensions to file the aforesaid pleading.

DATED: April 22, 2008

                                               /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation