IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,               No. 1:07-CIV-00784-ALA HC

    vs.

JAMES YATES,

    Respondent.          <u>ORDER</u>

_____/

    On September 12, 2007, Respondent filed a motion to dismiss Petitioner's application for a writ of habeas corpus, alleging that one of Petitioner's claims was unexhausted. In response to that motion, Petitioner requested that the Court stay the action and hold it in abeyance pending exhaustion of the claim in question. The Court denied Petitioner's request, and ordered him to file an amended petition omitting the unexhausted claim. Petitioner has since filed an Amended Petition, and Respondent filed an Answer to the Amended Petition.

    As a result, IT IS ORDERED that Respondent's motion to dismiss (doc. 10) be DENIED as moot.

DATED: July 14, 2008

                                            /s/ Arthur L. Alarcón

                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation