IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,                           Case No. 1:07-cv-00784 ALA (HC)

    vs.

JAMES YATES,

    Respondent.                         ORDER

_____/

    Petitioner Todd Anthony Andrade is HEREBY ORDERED to file a Reply to Respondent's Answer, (Doc. 28), on or before September 29, 2008.

/////

DATED: September 8, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation