IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TODD ANTHONY ANDRADE,

    Petitioner,                                 Case No. 1:07-cv-00784 ALA (HC)

    vs.

JAMES YATES,

    Respondent.                              <u>ORDER</u>

_____/

    On September 8, 2008, this Court ordered Petitioner Todd Anthony Andrade to file a Reply to Respondent's Answer, (Doc. 28), on or before September 29, 2008. On September 29, 2008, Petitioner filed a request for an extension of time to file his traverse to December 29, 2008, on the ground that he is currently on lock down and unable to access the law library to work on his reply. Good cause appearing, Petitioner's request is hereby GRANTED. Petitioner's traverse shall be filed on or before December 29, 2008.

/////

DATED: September 29, 2008

                                          <u>/s/ Arthur L. Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation